**UNITED STATES DISTRICT COURT**

**DISTRICT OF SOUTH CAROLINA**

**COLUMBIA DIVISION**

UNITED STATES OF AMERICA

vs. CASE NO. 3:25-1050

GREGORY HILL

# PLEA

The Defendant, GREGORY HILL, acknowledges receipt of a copy of the Indictment and after arraignment pleads NOT GUILTY in open court.

(Signed) Defendant

Columbia, South Carolina
September 17, 2025